# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0756
Lower Tribunal No. 2022CA-000682

_____

YUDIT SAVORIT,

Appellant,

v.

NEWREZ, LLC, d/b/a SHELLPOINT MORTGAGE SERVICING,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

January 10, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

SMITH, MIZE and GANNAM, JJ., concur.


Yudit Savorit, Naples, pro se.

Shawn Taylor, of DeLuca Law Group, PLLC, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED